IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2008 JUN 19  AM 10: 18
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY

BEN T. LAWS,

          Plaintiff,

-vs-                                                      Case No. A-08-CA-113-SS

SPIRE REALTY GROUP, L.P. and SPIRE
REALTY GROUP, L.L.C.,

          Defendants.

## ORDER

BE IT REMEMBERED on the 18th day of June 2008 the Court reviewed the file in the above-styled cause, and noting the Complaint remains pending before the Court without proof of service of process upon or response by defendants, and further noting that service of the complaint and summons shall be made upon a defendant within 120 days after the filing of the complaint (Fed. R. Civ. P. 4(m)), the Court enters the following order:

    IT IS ORDERED that plaintiff shall file proof of service with the Clerk of this Court within ten (10) days of the entry of this order.  Failure to so respond will result in the dismissal of the entire cause for failure of plaintiff to prosecute or to comply, pursuant to Fed. R. Civ. P. 41(b).

SIGNED this the 18th day of June 2008.

                                                            Sam Sparks
                                          UNITED STATES DISTRICT JUDGE

